UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TODD STEVEN ADAMS,<br><br>    Plaintiff,<br><br>v.<br><br>ILLINOIS DEPARTMENT OF CORRECTIONS, WEXFORD HEALTH SOURCES, INC. and DR. AFUWAPE,<br><br>    Defendants. | Case No. 15-cv-980-JPG-SCW |

## MEMORANDUM AND ORDER

This matter comes before the Court on the Report and Recommendation ("Report") (Doc. 58) of Magistrate Judge Stephen C. Williams recommending that the Court grant defendant Dr. Afuwape's motion for summary judgment (Doc. 31), deny as moot plaintiff Todd Steven Adams's motions for summary judgment (Docs. 34 & 48), and dismiss this case because Adams failed to exhaust his administrative remedies before filing suit.

The Court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in a report and recommendation. Fed. R. Civ. P. 72(b)(3). The Court must review *de novo* the portions of the report to which objections are made. *Id.* "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

The Court has received no objection to the Report. The Court has reviewed the entire file and finds that the Report is not clearly erroneous. Accordingly, the Court hereby:

- **ADOPTS** the Report in its entirety (Doc. 58);
- **GRANTS** Dr. Afuwape's motion for summary judgment (Docs. 31 & 32);

- **DISMISSES** this case **without prejudice** for failure to exhaust administrative remedies;

- **DENIES as moot** Adams's motions for summary judgment (Docs. 34 & 48); and

- **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED:   February 7, 2017**

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**
