UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TODD STEVEN ADAMS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ILLINOIS DEPARTMENT OF CORRECTIONS, WEXFORD HEALTH SOURCES, INC. and DR. AFUWAPE,<br><br>　　　　　Defendants. | Case No. 15-cv-980-JPG-SCW |

**<u>JUDGMENT</u>**

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**DATED:**　February 7, 2017　　　　JUSTINE FLANAGAN, Acting Clerk of Court

　　　　　　　　　　　　　　　　　　　*s/Tina Gray*, **Deputy Clerk**


**Approved:**　s/ J. Phil Gilbert
　　　　　　　**J. PHIL GILBERT**
　　　　　　　**DISTRICT JUDGE**